IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

L. TIM WAGNER,                              )    Case Number:   4:06CV3041
                                            )
              Plaintiff,                    )
                                            )
       v.                                   )    REASSIGNMENT ORDER
                                            )
NATIONAL UNION FIRE INSURANCE               )
COMPANY OF PITTSBURGH, PA, et al,           )
                                            )
              Defendants.                   )

       The Clerk's office has been advised that the parties do not consent to proceed

before a United States Magistrate Judge.  Accordingly,

       IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf

for disposition and to Magistrate Judge David L. Piester for judicial supervision and

processing of all pretrial matters.

       DATED this 13th day of March, 2006.

                          BY THE COURT:


                          s/ Joseph F. Bataillon, Chief Judge
                          United States District Court

Dockets.Justia.com