IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: AMWEST SURETY INSURANCE COMPANY, in Liquidation | 4:06CV3041 |
| L. TIM WAGNER, | |
| Plaintiff, | ORDER |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, UNITED NATIONAL INSURANCE COMPANY, GENERAL AGENTS INSURANCE COMPANY OF AMERICA, INC., STEVEN R. KAY, GUY A. MAIN, ARTHUR F. MELTON, DOUGLAS J. PATERSON, CHARLES L. SCHULTZ, JEFFREY A. SHONKA, MARY SCHEINER, AND JOHN E. SAVAGE AND MYRNA A. SAVAGE AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF RICHARD H. SAVAGE, DECEASED. | |
| Defendants. | |

IT IS ORDERED:

The Joint Motion and Stipulation Concerning Answer Dates, Case Progression, and Initial Disclosures, filing 27, is granted in accordance with the stipulation of the parties contained therein.

DATED this 11th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge